# BRIAN C. WILSON

ATTORNEY AT LAW

P.O. Box 3098
Little Rock, AR 72203
Phone: 501-753-3328
Fax: 501-907-5373
bcwlaw@yahoo.com

April 10, 2020

**Jack W. Gooding
Chapter 13 Standing Trustee
PO Box 8202
Little Rock, AR 72221**

Re: Case No.: 20-73322

Dear Mr. Gooding:

Please take notice that the debtor's address is as follows:

James A. Ward III and Carla Ward
PO Box 182
Jacksonville, AR 72076

Please make this correction to your records as soon as possible.  Thank you.

Sincerely,

/s/ Brian Wilson